IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
_____

|  |  |
|---|---|
| CHRISTOPHER MICHAEL JONES, ) | |
| ) | |
| Petitioner, ) | Case No. 2:09-CV-937 CW |
| ) | |
| v. ) | District Judge Clark Waddoups |
| ) | |
| UTAH BD. OF PARDONS & PAROLE et al., ) | **ORDER and MEMORANDUM DECISION** |
| ) | |
| Respondents. ) | |

_____

Petitioner, inmate Christopher Michael Jones, filed a habeas corpus petition. *See* 28 U.S.C.S. § 2254 (2009). In it, he challenges the constitutionality of Utah's indeterminate sentencing scheme. Very recently, the same challenges were soundly rejected by the Tenth Circuit. *See Straley v. Utah Bd. of Pardons*, No. 08-4170 (10th Cir. Sept. 28, 2009).

IT IS THEREFORE ORDERED that this petition is DENIED.

DATED this 21st day of December, 2009.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge